

# NUMBER 13-18-00392-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GUSTAVO TIJERINA SANDOVAL,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 197th District Court
### of Cameron County, Texas.

# ORDER ABATING APPEAL

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Currently pending before this Court are two unopposed sealed motions filed by appellant, Gustavo Tijerina Sandoval on September 18, 2019: (1) Motion to Abate Appeal for Completion and Correction of the Appellate Record and (2) *Ex Parte* Sealed Motion to Abate Appeal for Completion and Correction of the Appellate Record. Sandoval has requested that this Court abate his appeal to allow for the completion and

correction of the appellate record. Sandoval states that certain necessary documents appear to have been omitted from the Clerk's Record and key proceedings have been omitted from the Reporter's Record.

The clerk's record was filed on January 17 and 23, 2019, and a supplemental record was filed on August 17, 2018, October 24, 2018, January 17, 2019, February 8, 2019, February 11, 2019, and June 3, 2019. Counsel states that there are still documents which are not included in the clerk's record and are necessary for a complete record.

The reporter's record was filed on May 2, 2019. Counsel states that certain proceedings that were not included in the reporter's record that was filed with this Court and are necessary for a complete record and to the appeal.

Accordingly, we GRANT appellant's motions, order this appeal ABATED and the cause REMANDED to the trial court to require the clerk and reporter to file a supplemental record, sealed if necessary, that includes the additional materials described herein. The Clerk shall file a supplemental record within thirty (30) days of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of September, 2019.

2